AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NORMAN G. LEWIS,

                Plaintiff,

v.

WASHINGTON STATE UNIVERSITY; ELSON S. FLOYD; and WARWICK M. BAYLY,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-475-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Partial Summary Judgment is denied. Defendants' Motion for Summary Judgment is granted; Judgment is entered in favor of the Defendants against the Plaintiff.

May 2, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson